# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 08-po-07008-KLM-01 |
| | USM Number: 10610-062 |
| CHRISTOPHER RYAN | Peter Reed, Retained |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 and 2 of the Information.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13, and C.R.S. 42-4-1301(1)(b) | Driving While Ability Impaired | 12/30/07 | 1 |
| 18 U.S.C. § 13, and C.R.S. 42-2-138(1)(a) | Driving Under Restraint | 12/30/07 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 17, 2009
Date of Imposition of Judgment

_Signature of Judge_

Kathleen M. Tafoya, U.S. Magistrate Judge
Name & Title of Judge

June 22, 2009
Date

DEFENDANT: CHRISTOPHER RYAN
CASE NUMBER: 08-po-07008-KLM-01                                Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 45 days as to Count 1 and 45 days as to Count 2, to be served concurrently. No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with 33 days spent in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  CHRISTOPHER RYAN
CASE NUMBER:  08-po-07008-KLM-01                                                              Judgment-Page 3 of 4

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $10.00 | $200.00 | $0.00 |
| 2 | $10.00 | $200.00 | $0.00 |
| **TOTALS** | $20.00 | $400.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

DEFENDANT:  CHRISTOPHER RYAN
CASE NUMBER:  08-po-07008-KLM-01                                                                   Judgment-Page 4 of 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment and fine shall be paid within 90 days.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest, (4) penalties.